**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1663**

———————

CARRIE C. TAYLOR,

Plaintiff - Appellant,

versus

K MART CORPORATION,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-99-216-5-BR3)

———————

Submitted: November 30, 2000      Decided: December 7, 2000

———————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Carrie C. Taylor, Appellant Pro Se.  Gregory Phillip McGuire, HAYNSWORTH, BALDWIN, JOHNSON & GREAVES, L.L.C., Raleigh, North Carolina; Linda Morris Fox, HAYNSWORTH, BALDWIN, JOHNSON & GREAVES, L.L.C., Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carrie C. Taylor appeals the district court's order granting K Mart's motion for summary judgment on her employment discrimination complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Taylor v. K Mart Corp.</u>, No. CA-99-216-5-BR3 (E.D.N.C. Apr. 6, 2000). K Mart's motion to strike is granted. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2